

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

*(Electronically Filed)*

October 21, 2013

The Honorable William J. Nealon
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:**   **Report of the Mediator**
    <u>**Coleman v. United States of America**</u>,  3: 13-CV-1573 (Nealon, J.)

Dear Judge Nealon:

The matter is settled.  The parties request that you enter a **90**-day dismissal order.

Thank you for the opportunity to serve the court in this capacity.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett